# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GUILLERMO BARBA SOLORZANO,<br><br>　　　　　　　　Defendant. | Case No. 15CR3111-H<br><br>ORDER TO DISMISS THE PETITION TO REVOKE SUPERVISED RELEASE AND RECALL ARREST WARRANT |

　　IT IS HEREBY ORDERED that the Petition to Revoke Supervised Release in the above-entitled case as to Defendant Guillermo Barba Solorzano be dismissed without prejudice, and the arrest warrant be recalled.

　　IT IS SO ORDERED.

　　DATED: 4/6/2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE